UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

COMCAST OF ST. PAUL, INC.,
a MN corporation,

      Plaintiff,

v.

TIMOTHY BOYLE INDIVIDUALLY
AND D/B/A SALES DIRECT, A
FICTITIOUS NAME FOR AN
UNREGISTERED MINNESOTA
BUSINESS, AND D/B/A DIRECT
SALES, A FICTITIOUS NAME FOR AN
UNREGISTERED MINNESOTA
BUSINESS, AND D/B/A JK
DISTRIBUTING, A FICTITIOUS NAME
FOR AN UNREGISTERED
MINNESOTA BUSINESS, AND D/B/A
RF SALES, A FICTITIOUS NAME FOR
AN UNREGISTERED MINNESOTA
BUSINESS

      Defendants.

Civil No.  04-4698 (JRT/JSM)

**FINAL JUDGMENT ORDER**

      Maureen A. Beck, **COMAN & ANDERSON, P.C.**, 2525 Cabot Drive, Suite 300, Lisle, Illinois 60532, for plaintiff Comcast of St. Paul, Inc.

      Richard I. Diamond, **RICHARD I. DIAMOND, P.A.**, 601 Carlson Parkway, Suite 1050, Minnetonka, Minnesota 55305, for plaintiff Comcast of St. Paul, Inc.

      Timothy Boyle, 1926 Eustis Street, Lauderdale, Minnesota 55113, *pro se* defendant.

      Based on the submissions of the parties, the arguments of counsel, and the entire file and proceedings herein and upon consideration by this Court of Plaintiff, Comcast of St. Paul, Inc.'s, ("Plaintiff") Memorandum In Support Of

Prove-Up On Damages [Docket No. 24] pursuant to Order of Default against Defendant, Timothy Boyle, individually and d/b/a Sales Direct and d/b/a Direct Sales and d/b/a JK Distributing and d/b/a RF Sales all records and no response having been received by defendant,

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Comcast of St. Paul, Inc. and against Timothy Boyle, individually

(a)   For statutory damages in the amount of $94,876.43 (ninety four thousand eight hundred seventy six and 43/100 dollars) pursuant to 47 U.S.C. § 553(c)(3)(A)(i); and

(b)   For enhanced damages in the amount of $50,000.00 (fifty thousand and 00/100 dollars) pursuant to 47 U.S.C. § 553 (c)(3)(B);

(c)   For a final and appealable Order entering total judgment in the amount of $144,876.43 (one hundred forty four thousand eight hundred seventy six and 43/100 dollars) against Timothy Boyle, individually and in favor of Comcast of St. Paul, Inc., a Minnesota Corporation and there is no just reason to delay enforcement or appeal of this Order.

Dated: August 17, 2005
at Minneapolis, Minnesota

         s/John R. Tunheim
         JOHN R. TUNHEIM
         United States District Judge